JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN AHMAD MOSBY,

    Petitioner,

v.

W.L. MONTGOMERY,

    Respondent.

Case No. EDCV 21-1285-JVS (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 15, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE